# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Conor Rocco Rodgers                                        Docket No. 7:08-M-1066-1

### Petition for Action on Probation

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Conor Rocco Rodgers, who, upon an earlier plea of guilty to Reckless Driving and Open Container in violation of NCGS 20-138.1 and NCGS 20-138.7, as assimilated by 18 U.S.C 13, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 10, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall pay a fine of $200, and Special Assessment of $15.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following sentencing, our office submitted a request to the U.S. Probation Office in Charlotte, NC, for Rodgers' probation to be transferred to the Western District of NC. He is currently under supervision by U.S. Probation Officer Jerusha Marsh, but his transfer is contingent upon the addition of a warrantless search condition. USPO Marsh has notified our office that the defendant has no objections to the imposition of this condition and has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Except as herein modified, the judgment shall remain in full force and effect.

Conor Rocco Rodgers
Docket No. 7:08-M-1066-1
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
Executed On: March 15, 2011

## ORDER OF COURT

Considered and ordered this  16  day of  March , 2011, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge