RECEIVED MAY 25 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT EDNC

| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System | DOCKET NUMBER (Transfer Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 7:08-M-1066-1 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Conor Rocco Rodgers | EASTERN NORTH CAROLINA | |
| | NAME OF SENTENCING JUDGE | |
| | Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 02/10/2011 — TO 02/09/2012 |

**OFFENSE**

Reckless Driving, 18 USC 13, NCGS 20-138.1, and Open Container, 18 USC 13, NCGS 20-138.7

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Western District of North Carolina upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

May 13, 2011
Date

_[signature]_
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

## PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED MAY 3 1 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

5-18-11
Effective date

_[signature]_
United States ~~District~~ Judge
Magistrate